UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

RAVEN BYRD,

                        Plaintiff,

                v.                                      5:05-CV-268
                                                                   (FJS/GHL)

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
_____

**APPEARANCES:**                                    **OF COUNSEL:**

McMAHON, KUBLICK, McGINTY              JENNIFER GALE SMITH, ESQ.
 & SMITH, LLP
Counsel for Plaintiff
500 South Salina Street
Syracuse, New York 13202


HON. GLENN T. SUDDABY                    WILLIAM H. PEASE
United States Attorney for the                 Assistant United States Attorney
  Northern District of New York
Attorney for Defendant
PO Box 7198
100 South Clinton Street
Syracuse, New York 13261


**FREDERICK J. SCULLIN, S.D.J.**:


**DECISION AND ORDER**

      Presently before the Court is Magistrate Judge George H. Lowe's February 4, 2008

Report-Recommendation in which he recommends that the instant action be dismissed, and the

Court having reviewed the Report-Recommendation and the entire file in this matter and no

objections to said Report-Recommendation having been filed, the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge George H. Lowe on February 4, 2008 is, for the reasons stated therein, accepted in its entirety; and the Court further

**ORDERS** that the instant action is **DISMISSED**, and the Court further

**ORDERS** that the Clerk of the Court enter judgment in favor of the defendant and close this case.

**IT IS SO ORDERED**.

Dated:  April 2, 2008
        Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge